William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Joann V. Lee, State Bar No. 251653
jlee@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendant
ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSPIRE MALIBU,<br><br>Plaintiff,<br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ANTHEM INSURANCE COMPANIES, INC.; DOES 1 to 20 inclusive,<br><br>Defendants. | Case No. LA CV16-5229<br><br>**DECLARATION RE FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |

I, Diane De Rosa, declare as follows:

1. Declarant is a citizen of the United States, is over the age of 18 years, and is not a party to this action.

2. Declarant is a resident of the County of Los Angeles, State of California.

3. Declarant is an employee of the law firm of VON BEHREN & HUNTER, LLP, located at 2041 Rosecrans Ave., Suite 367, El Segundo, CA 90245, attorneys of record for defendant BLUECROSS BLUESHIELD OF TENNESSEE, INC. in the above-referenced action.

4. On July 15, 2016, declarant, for VON BEHREN & HUNTER, LLP, caused to be filed with the Clerk of the Superior Court of California, County of Los Angeles, the Court in which this action was pending, a true and correct copy of the Notice of Removal of

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

Action to the United States District Court, which has been filed in the above-entitled United States District Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 15th day of July, 2016, at Los Angeles, California.

/s/ Diane De Rosa

Diane De Rosa

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2041 Rosecrans Avenue, Suite 367, El Segundo, CA 90245.

On July 15, 2016, I served the within document(s) described as:

DECLARATION RE FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

on the interested parties in this action as stated below:

Nicholas H. Van Parys, Esq.
VAN PARYS
960 South Westlake Blvd., Suite 209
Westlake Village, CA 91361

[X] (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2016, at Los Angeles, California.

| | |
|---|---|
| Diane DeRosa | [signature] |
| (Type or print name) | (Signature) |