William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Joann V. Lee, State Bar No. 251653
jlee@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendant
ANTHEM BLUE CROSS LIFE AND HEALTH
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSPIRE MALIBU,<br><br>Plaintiff,<br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ANTHEM INSURANCE COMPANIES, INC.; DOES 1 to 20 inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF BRENDAN G. STUHAN** |

**DECLARATION OF BRENDAN G. STUHAN**

I, Brendan G. Stuhan, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, as follows:

1. I am over the age of 18 years old and competent to testify to the following facts, of which I have personal knowledge.

2. I am currently employed by the Blue Cross and Blue Shield Association ("BCBSA") in Washington, DC. I am an attorney in BCBSA's Legal Department and my title is Assistant General Counsel.

3. The Service Benefit Plan is an insurance plan for federal employees sponsored by the United States Office of Personnel Management ("OPM") pursuant to the Federal Employees Health Benefits Act, 5 U.S.C. §§ 8901-8914. The Service Benefit Plan

is formed by a federal government contract – Contract No. CS 1039 – between OPM and BCBSA, on behalf of and as agent for participating Blue Cross and Blue Shield companies, such as Anthem in this case. OPM and BCBSA (on behalf of and as agent for participating Blue Cross and Blue Shield companies) have entered into that contract annually for decades. Approximately every five years, the entire contract is restated in what I will refer to as a "Master Contract." The most recent Master Contract is the 2013 version and the one prior to that is the 2008 version. In other years, OPM and BCBSA (on behalf of and as agent for participating Blue Cross and Blue Shield companies) entered into amendments to the most recent version of the Master Contract. Each year, the Service Benefit Plan's Statement of Benefits is incorporated into the applicable Master Contract or contract amendments.

4. Attached as Exhibit B-1 is a true and correct copy of the 2008 version of Contract No. CS 1039, *i.e.*, the 2008 Master Contract.

5. Attached as Exhibit B-2 is a true and correct copy of the 2012 Amendments to Contract No. CS 1039.

6. Attached as Exhibit B-3 is a true and correct copy of the 2012 Statement of Benefits for the Service Benefit Plan.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July, 2016.

Brendan G. Stuhan

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2041 Rosecrans Avenue, Suite 367, El Segundo, CA 90245.

On July 15, 2016, I served the within document(s) described as:

DECLARATION OF BRENDAN G. STUHAN

on the interested parties in this action as stated below:

Nicholas H. Van Parys, Esq.
VAN PARYS
960 South Westlake Blvd., Suite 209
Westlake Village, CA 91361

☒ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2016, at Los Angeles, California.

Diane DeRosa
(Type or print name)

[signature]
(Signature)