William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com
Joann V. Lee, State Bar No. 251653
jlee@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendant
ANTHEM BLUE CROSS LIFE AND HEALTH
INSURANCE COMPANY

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSPIRE MALIBU,<br><br>Plaintiff,<br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ANTHEM INSURANCE COMPANIES, INC.; DOES 1 to 20 inclusive,<br><br>Defendants. | Case No. LA CV16-5229<br><br>**DECLARATION OF JASON C. LOVE IN SUPPORT OF NOTICE OF REMOVAL** |

**<u>DECLARATION OF JASON C. LOVE</u>**

I, Jason C. Love, declare as follows:

1. I am employed by Anthem, Inc., the parent company of Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem"), as an Associate General Counsel. As such, I have personal knowledge of the facts set forth in this declaration and if called upon as a witness, I could and would competently testify to these facts under oath.

2. On May 10, 2016 I contacted Plaintiff's counsel in this matter and requested that he send me information regarding the claim at issue in this case. Later in the day on May 10, 2016, I received an email from Plaintiff's counsel listing the patient's name, member identification number and dates of service for the claim at issue.

3. I caused Anthem to research the enrollee information provided by Plaintiff's counsel and that search revealed that the enrollee, with the initials "C.C.", was, at the time the services were rendered, enrolled in the Blue Cross and Blue Shield Service Benefit Plan (sometimes, "the Plan"), one of the federal government's health benefits plans for federal employees and their dependents that is administered by Anthem.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of July, 2016, at Woodland Hills, California.

/s/ *Jason C. Love*
Jason C. Love

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2041 Rosecrans Avenue, Suite 367, El Segundo, CA 90245.

On July 15, 2016, I served the within document(s) described as:

DECLARATION OF JASON LOVE IN SUPPORT OF NOTICE OF REMOVAL

on the interested parties in this action as stated below:

Nicholas H. Van Parys, Esq.
VAN PARYS
960 South Westlake Blvd., Suite 209
Westlake Village, CA 91361

[X] (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 15, 2016, at Los Angeles, California.

Diane DeRosa
(Type or print name)

(Signature)

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245