NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
NICHOLAS H. VAN PARYS, ESQ. SBN 242234
VAN PARYS
960 SOUTH WESTLAKE BLVD SUITE 209
WESTLAKE VILLAGE, CAIFORNIA 91361
TEL: (213) 403-1800

ATTORNEY(S) FOR: PLAINTIFF INSPIRE MALIBU

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

INSPIRE MALIBU

Plaintiff(s),

v.

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ANTHEM INSURANCE COMPANIES, INC., et al

Defendant(s)

CASE NUMBER:

2:16–cv–05229–JFW (KSx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for PLAINTIFF INSPIRE MALIBU or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| INSPIRE MALIBU | PLAINTIFFS |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; | DEFENDANTS |
| ANTHEM INSURANCE COMPANIES, INC. | DEFENDANTS |

AUGUST 10, 2016
Date

/s/ Nicholas H. Van Parys
Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF INSPIRE MALIBU