UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-5229-JFW (KSx)**                                                Date: September 22, 2016

Title:   Inspire Malibu -v- Anthem Blue Cross Life and Health Insurance Company, et al.

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND [filed 8/19/16; Docket No. 26]; and**

**ORDER TAKING UNDER SUBMISSION ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [filed 8/19/16; Docket No. 28]**

      Plaintiff's Motion to Remand and Defendant's Motion to Dismiss Plaintiff's Complaint are currently on calendar for September 26, 2016 at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for September 26, 2016 is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

      IT IS SO ORDERED.

Initials of Deputy Clerk   sr